```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMON M. TORRES,                 :     CIVIL ACTION
                                 :
          v.                     :
                                 :
GEORGE WAGNER, et al.            :     NO. 05-5275
```

ORDER

AND NOW, this 18th day of January, 2006, upon careful and independent consideration of petition for writ of habeas corpus and the Motion to Answer Government's Opposition or Motion to Request Evidentiary Hearing, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and the objections thereto, IT IS HEREBY ORDERED that:

1. The objections are OVERRULED.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of habeas corpus is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

5. The Motion to Answer Government's Opposition or Motion to Request Evidentiary Hearing is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.